

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00157-CV

**SPBS, INC. AND RICHARD FISCHENICH,
INDIVIDUALLY AND D/B/A SPBS, INC.,**

        **Appellants**

 **v.**

**JUSTIN HAND,**

        **Appellee**

---

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2012-2339-5**

---

## MEMORANDUM  OPINION

---

The petition for permission to appeal is denied, and the motion to stay trial proceedings pending appeal is dismissed as moot.


                                          REX D. DAVIS
                                          Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed May 30, 2013
[CV06]